**DISMISSED; Opinion Filed February 6, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00705-CV

## IN THE INTEREST OF A.L.A., A CHILD,

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-00006-W**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Brown
Opinion by Justice Myers

Appellant's brief was due November 30, 2016. By letter dated December 1, 2016, we directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).


160705F.P05

/Lana Myers/
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.L.A., A CHILD

No. 05-16-00705-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 14-00006-W.
Opinion delivered by Justice Myers, Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 6th day of February, 2017.